# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY WILLIAMS

VERSUS

STUPP COATINGS, LLC

NO.   2023 CW 1227

**JANUARY 29, 2024**

---

In Re:   Kandis Bradley, individually as spouse of Jeremy Williams, Sr., and on behalf of her minor child, Kyleigh Williams, Daidrell Jackson, on behalf of her minor children, Jeremy Williams, Jr., Jermarion Baker, Houston Williams, and Jerney Jackson, and Alicia Maloid, on behalf of her minor child, A'layjah Maloid, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 703766.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT GRANTED.** The portion of the trial court's October 18, 2023 judgment which granted, in part, Stupp Coatings, LLC's motion for summary judgment and dismissed plaintiffs' claim that the conduct of Stupp Coatings, LLC constituted an intentional act is reversed. On *de novo* review, we conclude genuine issues of material fact exist as to whether Jeremy Williams' accident was "substantially certain" to occur. See **Reeves v. Structural Pres. Sys.**, 98-1795 (La. 3/12/99), 731 So.2d 208, 211. Therefore, the motion for summary judgment on that claim is denied.

                    **PMc**
                    **CHH**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT